UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christopher Robert Politano, | Case No. 20-cv-0012 (WMW/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |
| Warden Vikkie Jansen, | |
| Respondent. | |

---

This matter is before the Court on the March 12, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 5.) The R&R recommends denying Petitioner Christopher Robert Politano's petition for a writ of habeas corpus. Objections to the R&R have not been filed in the time period permitted.

In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully performed this review, the Court finds no clear error and adopts the R&R.

Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 12, 2020 R&R, (Dkt. 5), is **ADOPTED**.

2. Petitioner Christopher Robert Politano's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**.

3. Petitioner Christopher Robert Politano's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

4. No Certificate of Appealability, 28 U.S.C. § 2253(c)(2), will issue.

5. This matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 17, 2020                                             s/Wilhelmina M. Wright
                                                                                       Wilhelmina M. Wright
                                                                                       United States District Judge